# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS R. KANE, JOSEPH NORWOOD, BRIAN A. BLEDSOE, CHUCK MAIORANA, KRISTA REAR, J. DUNKELBERGER, JOHN ADAMI, J. FOSNOT, F. PERRIN, S.V. HEATH, NELSON DREES, CORRECTIONS OFFICERS RAUP, ZELDER, KULAGO, FISHER, MOFFIT, COMBE, JOHN DOE CORRECTIONS OFFICERS, EMT POTTER, AND THE UNITED STATES OF AMERICA<br><br>    Defendants | CIVIL ACTION<br>Case No. 3:11-cv-01618-WJN<br><br>(Judge Nealon) |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of Plaintiff Norman Shelton's Motion for Leave to File a Legal Memorandum in Support of Plaintiff's Motion for Class Certification that exceeds 5,000 Words, it is hereby ORDERED and DECREED that leave is granted.

BY THE COURT:

_____
William J. Nealon,
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS R. KANE, JOSEPH NORWOOD, BRIAN A. BLEDSOE, CHUCK MAIORANA, KRISTA REAR, J. DUNKELBERGER, JOHN ADAMI, J. FOSNOT, F. PERRIN, S.V. HEATH, NELSON DREES, CORRECTIONS OFFICERS RAUP, ZELDER, KULAGO, FISHER, MOFFIT, COMBE, JOHN DOE CORRECTIONS OFFICERS, EMT POTTER, AND THE UNITED STATES OF AMERICA<br><br>    Defendants | CIVIL ACTION<br>Case No.: 3:11-cv-01618-WJN<br><br>(Judge Nealon) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW SUPPORTING MOTION FOR CLASS CERTIFICATION EXCEEDING 5000 WORDS**

Plaintiff Norman Shelton hereby moves for Leave of Court to file a Memorandum of Law in Support of his Motion for Class Certification which exceeds 5,000 words in length. Plaintiff Shelton requests authorization to file a Memorandum of Law that is 6,584 words. The bases for Plaintiff's motion are set forth in the accompanying Memorandum of Law.

Respectfully Submitted,


/s/ Jennifer Burdick

DECHERT LLP


David Stanoch  PA 91342
Stephen D. Brown PA 27829
Christine C. Levin PA 37807
Jennifer L. Burdick PA 306703
Francis J. Dermody PA 307092
Sean P. McConnell PA 307740
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
Tel:   (215) 994-2812
Fax:  (215) 655-2812
E:     Jennifer.burdick@dechert.com


PENNSYLVANIA INSTITUTIONAL
LAW PROJECT

Marybeth Walsh PA 203765
429 Forbes Ave., Ste. 800
Pittsburgh, PA  15219
Tel:   (412) 434-6175
Fax:  (412) 434-5706
E:     mwalsh@pailp.org

Jennifer J. Tobin PA 202047
718 Arch Street, Ste. 304 South
Philadelphia, PA  19106
Tel:   (215) 925-2966
Fax:  (215) 925-5337
E:     jtobin@pailp.org

                                WASHINGTON LAWYER'S COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS

Ivy Finkenstadt DC 488147
Philip Fornaci DC 434824
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, D.C. 20036
Tel:   (202) 319-1000

*Attorneys for Plaintiff Norman Shelton*

DATE: December 9, 2011