IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS R. KANE, JOSEPH NORWOOD, BRIAN A. BLEDSOE, CHUCK MAIORANA, KRISTA REAR, J. DUNKELBERGER, JOHN ADAMI, J. FOSNOT, F. PERRIN, S.V. HEATH, NELSON DREES, CORRECTIONS OFFICERS RAUP, ZELDER, KULAGO, FISHER, MOFFIT, COMBE, JOHN DOE CORRECTIONS OFFICERS, EMT POTTER, AND THE UNITED STATES OF AMERICA<br><br>    Defendants | CIVIL ACTION<br>Case No. 3:11-cv-01618-WJN<br><br>(Judge Nealon) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW EXCEEDING 5,000 WORDS**

Local Rule 7.8(b)(2) for the United States District Court for the Middle District of Pennsylvania's indicates that Legal Briefs shall not exceed 5,000 words without prior approval granted by the Court. Plaintiff Shelton is filing a motion for certification of a large class of inmates facing concerning violations of their constitutional rights. Plaintiff's attorneys require more than 5,000 words to make

out the lengthy factual assertions and legal arguments associated with this motion. Plaintiff respectfully requests that his Legal Memorandum in support of his Motion for Class Certification be accepted for filing.

                Respectfully Submitted,

                /s/ Jennifer Burdick

                DECHERT LLP

David Stanoch  PA 91342
Stephen D. Brown PA 27829
Christine C. Levin PA 37807
Jennifer L. Burdick PA 306703
Francis J. Dermody PA 307092
Sean P. McConnell PA 307740
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
Tel:  (215) 994-2812
Fax:  (215) 655-2812
E:    Jennifer.burdick@dechert.com

PENNSYLVANIA INSTITUTIONAL LAW PROJECT

Marybeth Walsh PA 203765
429 Forbes Ave., Ste. 800
Pittsburgh, PA  15219
Tel:  (412) 434-6175
Fax:  (412) 434-5706
E:    mwalsh@pailp.org

Jennifer J. Tobin PA 202047
718 Arch Street, Ste. 304 South

Philadelphia, PA  19106
Tel:   (215) 925-2966
Fax:  (215) 925-5337
E:     jtobin@pailp.org

WASHINGTON LAWYER'S COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS

Ivy Finkenstadt DC 488147
Philip Fornaci DC 434824
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, D.C. 20036
Tel:   (202) 319-1000

*Attorneys for Plaintiff Norman Shelton*

DATE: December 9, 2011

## CERTIFICATE OF SERVICE

I, Jennifer Burdick, hereby certify that on December 9, 2011, I caused a true and correct copy of the foregoing Motion to Leave to File a Legal Memorandum in Support of Plaintiff's Motion for Class Certification that Exceeds 5000 Words to be served via Federal Express to:

>Michael S. Romano
>USP Lewisburg
>2400 Robert Miller Drive
>Lewisburg, PA 17837
>
>Michael J. Butler
>Assistance U.S. Attorney
>U.S. Attorney's Office
>316 Federal Building
>240 West Third Street
>Williamsport, PA 17701

Respectfully submitted,

/s/ Jennifer Burdick

Jennifer L. Burdick  PA 306703
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
Tel:   (215) 994-2404

Fax: (215) 655-2404
E: Jennifer.burdick@dechert.com