PJS:MJB:all

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN SHELTON,** | : | CIVIL NO. 3:cv-11-1618 |
| **Plaintiff** | : | |
| | : | (Complaint Filed 08/30/2011) |
| | : | |
| **v.** | : | |
| | : | (Nealon, J.) |
| **KANE, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The United States of America,[1] moves the Court for an enlargement of time, pursuant to Fed. R. Civ. P. 6(b), in which to respond to the allegations of Plaintiff's Complaint. In support thereof, the United States avers the following:

---

[1] The United States of America submits this motion in lieu of the individual Defendants, who are presently in the process of obtaining approval for representation by the United States Attorney's Office as set forth in 28 C.F.R. § 50.15, et seq. If and when representation is authorized by the Department of Justice Civil Division, the United States Attorney's Office may then undertake a full and traditional attorney-client relationship with the individual employees.

1. This is a combined <u>Bivens</u>,[2] Federal Tort Claims Act,[3] and class action lawsuit brought by and through counsel for Norman Shelton, a federal prisoner who is currently incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania ("USP Lewisburg").

2. The Complaint names as defendants the United States, 21 current or former employees of the Federal Bureau of Prisons ("BOP"), and unidentified John Doe corrections officers.

3. Shelton's Complaint was filed and the Summons issued on August 30, 2011.

4. The United States Attorney's Office and the identified individual defendants, were served with the Summons and Complaint on October 12, 2011.

5. A response to the Complaint, in accordance with Fed. R. Civ. P. 12(a)(3), is currently due on or before December 12, 2011.

---

[2] <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

[3] Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671 <u>et seq</u>.

6. The Code of Federal Regulations provides, in pertinent part, that

> a federal employee . . . may be provided representation in civil, criminal, and Congressional proceedings in which he is sued, subpoenaed, or charged in his individual capacity, . . . when the actions for which representation is requested reasonably appear to have been performed within the scope of the employee's employment and the Attorney General or his designee determines that providing representation would otherwise be in the interest of the United States....

28 C.F.R. § 50.15(a).

7. Section 50.15(a) sets forth the procedures for obtaining representation by a Department of Justice attorney such as the undersigned.  In the instant case, each of the individual defendants is required to submit a written request for representation to legal staff at the employee's institution.  The institution's legal department then processes the paperwork and sends it directly to the Civil Division, the litigating division of the United States Department of Justice.  28 C.F.R. § 50.15(a).

8. If and when representation is authorized by the Civil Division, Justice Department attorneys undertake a full and traditional attorney-client relationship with the employees.

9. The United States Attorney's Office was recently informed by legal counsel for the BOP that requests for representation for all but one of the defendants

were submitted to the Civil Division on or about November 23, 2011; and the remaining request was submitted on or about December 7, 2011.

10. The Civil Division is currently in the process of reviewing each defendants' representation requests in order to determine whether to approve their request and authorize the United States Attorney's Office to represent them in this matter.

11. Without the Civil Division's approval to represent Defendants, the undersigned is unable to prepare an appropriate response to the Complaint on behalf of Defendants.

12. Therefore, in order to allow sufficient time for the Civil Division to review the 21 requests for representation, to make a determination whether to authorize representation by the United States, and for the United States Attorney's Office to receive notice of their determination and analyze the potential affirmative defenses of each defendant, the United States requests a 60-day enlargement of time until February 10, 2012, to file Defendants' response to the allegations of the Complaint.

13. Shelton will not be prejudiced by this enlargement of time as it will also allow agency counsel and the undersigned additional time to investigate his

claims and prepare a response which is thorough and complete in all respects.

14. Undersigned counsel certifies that he sought Plaintiff's concurrence with this motion pursuant to M.D. Pa. L.R. 7.1. Plaintiff concurs with this motion for enlargement of time.

WHEREFORE, the United States moves the Court for an enlargement of time until February 10, 2012, to respond to the allegations of the Complaint.

                                              Respectfully submitted,

                                              PETER J. SMITH
                                              United States Attorney

                                              /s Michael J. Butler
                                              Michael J. Butler
                                              Assistant United States Attorney
                                              Attorney I.D. No. PA81799
                                              Anita L. Lightner
                                              Paralegal Specialist
                                              228 Walnut Street, 2nd Floor
                                              P.O. Box 11754
                                              Harrisburg, PA  17108-1754
                                              Tel: (717)221-4482
                                              Fax: (717)221-2246
                                              Michael.J.Butler@usdoj.gov

Date:   December 12, 2011

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN SHELTON,** | : | CIVIL NO. 3:cv-11-1618 |
| **Plaintiff** | : | |
| | : | (Complaint Filed 08/30/2011) |
| | : | |
| v. | : | |
| | : | (Nealon, J.) |
| **KANE, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on December 12, 2011, she served a copy of the attached

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

via the Court's Electronic Case Filing System ("ECF") and that the Addressee(s) listed below are filing users under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document, and no additional service upon the filing user is required.

Addressee(s):

David John Satnoch
david.stanoch@dechert.com

Francis J. Dermody, III
francis.dermody@dechert.com

Ivy A. Finkenstadt
ivy_finkenstadt@washlaw.org

Jennifer J. Tobin
jtobin@pailp.org

Marybeth Walsh
mwalsh@pailp.org

/s Anita L. Lightner
Anita L. Lightner
Paralegal Specialist