# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN SHELTON,** | : | CIVIL NO. 3:cv-11-1618 |
| **Plaintiff** | : | |
| | : | (Complaint Filed 08/30/2011) |
| | : | |
| v. | : | |
| | : | (Nealon, J.) |
| **KANE, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

## ORDER

NOW, this _____ day of _____, 20___, upon consideration of the United States Motion for Enlargement of Time, IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendants may file a brief in opposition to Plaintiff's Motion for Certification of Class on or before February 10, 2012.

_____
William J. Nealon
United States District Judge