# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN SHELTON,** | : | CIVIL NO. 3:cv-11-1618 |
| Plaintiff | : | |
| | : | (Complaint Filed 08/30/2011) |
| | : | |
| v. | : | |
| | : | (Nealon, J.) |
| **KANE, et al.,** | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF CONCURRENCE

The undersigned certifies that Plaintiff's counsel was contacted to seek Plaintiff's concurrence, pursuant to M.D. Pa. Local Rule 7.1, with the United States' Motion for Enlargement of Time. Plaintiff concurs with the motion.

    Respectfully submitted,

    PETER J. SMITH
    United States Attorney

    /s Michael J. Butler
    Michael J. Butler
    Assistant United States Attorney
    Attorney I.D. No. PA81799
    Anita L. Lightner
    Paralegal Specialist
    228 Walnut Street, 2nd Floor
    P.O. Box 11754
    Harrisburg, PA  17108-1754
    Tel: (717)221-4482
    Fax: (717)221-2246
    Michael.J.Butler@usdoj.gov

Date: December 27, 2011