**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NORMAN SHELTON,

Plaintiff,

v.

THOMAS R. KANE, JOSEPH NORWOOD, BRIAN A. BLEDSOE, CHUCK MAIORANA, KRISTA REAR, J. DUNKELBERGER, JOHN ADAMI, J. FOSNOT, F. PERRIN, S.V. HEATH, NELSON DREESE, CORRECTIONS OFFICERS RAUP, ZELDER, KULAGO, FISHER, MOFFIT, COMBE, JOHN DOE CORRECTIONS OFFICERS, EMT POTTER, AND THE UNITED STATES OF AMERICA

Defendants

CIVIL ACTION

Case No.: 3:11-cv-01618-WJN

(Judge Nealon)

**STIPULATION TO DISMISS COUNTS ONE AND TWO OF THE COMPLAINT**

Whereas the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, request to voluntarily dismiss Counts I and II of the Complaint in the above-captioned case WITHOUT PREJUDICE;

It is hereby STIPULATED AND AGREED, by and between counsel for Plaintiff Norman Shelton and counsel for Defendants, that Counts I and II of the

Complaint in this action are hereby DISMISSED WITHOUT PREJUDICE. This Stipulation may be executed in counterparts.

/s/ Francis J. Dermody

Stephen D. Brown
Christine C. Levin
Jennifer L. Burdick
Francis J. Dermody
Sean P. McConnell
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
215-994-4000
Attorneys for Plaintiff

/s/ Michael Butler

Michael Butler, Esquire
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
717-221-4482
Attorney for Defendants