# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN SHELTON,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br>THOMAS R. KANE, JOSEPH NORWOOD, BRIAN A. BLEDSOE, CHUCK MAIORANA, DARRELL YOUNG, KRISTA REAR, J. DUNKELBERGER, JOHN ADAMI, J. FOSNOT, F. PERRIN, S.V. HEATH, NELSON DREESE, CORRECTIONS OFFICERS WHITAKER, RAUP, ZELDER, WELLS, KULAGO, FISHER, MOFFIT, COMBE, JOHN DOE CORRECTIONS OFFICERS, EMT POTTER, AND THE UNITED STATES OF AMERICA through its department, THE FEDERAL BUREAU OF PRISONS<br><br>　　　　　　　Defendants. | CIVIL ACTION<br><br>Case No.: 3:11-CV-1618 |

## **NOTICE OF WITHDRAWAL**

AND NOW COMES Attorney Marybeth Walsh, pursuant to Local Civil Rule 83.15, to submit this *Notice of Withdrawal* as counsel for Plaintiff, Sebastian Richardson. As of October 17, 2012, Ms. Walsh is no longer associated with the Institutional Law Project. Plaintiff continues to be

represented by attorneys from the Institutional Law Project as well as attorneys from other legal organizations who have entered appearances on the Court's Docket as counsel for Plaintiff.

Respectfully submitted,

/s/ Marybeth Walsh
Marybeth Walsh
Attorney No. PA 203765
Institutional Law Project
429 Forbes Ave., Suite 800
Pittsburgh, PA  15219