UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN N. SHELTON, :
:
    Plaintiff : No. 4:CV-11-1618
:
vs. : (Judge Nealon)
:
:
:
WARDEN BLEDSOE, et al., :
:
    Defendants :

## ORDER

**AND NOW, THIS 24th DAY OF OCTOBER, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment (Doc. 22) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff on all claims.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

_____
United States District Judge

**FILED**
**SCRANTON**

OCT 2 4 2012

PER _____
DEPUTY CLERK