# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT ___Middle District of Pennsylvania, Scranton___
(District/State)                                                                (Location)

U.S. TAX COURT ( )                    CIRCUIT COURT
                                      DOCKET NO. _____
                                                    (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT or
TAX COURT NO. __3:CV-11-1618__
DISTRICT of
TAX COURT
JUDGE             __Nealon__

Notice is hereby given that ___Norman N. Shelton___
(Named party)
appeals to the United States Court of Appeals for the Third Circuit from

( x ) Judgment    ( x ) Order    ( ) Other (Specify) _Plaintiff appeals both the order granting_
_Defendants' motion for summary judgment and the order denying Plaintiff's motion for class certification._

entered in this action on ___10/24/2012___
(date)

DATED:

_____[signature]_____
(Counsel for Appellant - Signature)

| Stephen D. Brown | Michael J. Butler |
|---|---|
| (Name of Counsel - typed) | (Counsel for Appellee) |
| Dechert LLP, 2929 Arch Street | U.S. Attorneys' Office, 228 Walnut Street, 2nd Floor, P.O. Box 11754 |
| (Address) | (Address) |
| Philadelphia, PA 19104 | Harrisburg, PA 17108 |
| (City, State, Zip Code) | (City, State, Zip Code) |
| 215-994-2240 | 717-221-4482 |
| (Telephone No. - U.S. Gov't FTS or Other) | (Telephone No. - U.S. Gov't FTS or Other) |

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.